**FILED**
DEC 10 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

United States District Court
Eastern District of North Carolina
Western Division

Case No. 5:25-CT-3315-BO

(To be filled out by Clerk's Office only)

Malcolm Deandre Williams

Inmate Number 1299024

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

**COMPLAINT**
*(Pro Se Prisoner)*

Sgt. Cooper (Blackmale), Sgt. Mccalston, Captain Smith, Lt. David Gillis, Officer Terry, Officer Bridges, Officer Street, Sgt. Jefferson, Officer Stepton, Eldridge Walker

Jury Demand?
☑ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

I. **COMPLAINT**

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

II. **PLAINTIFF INFORMATION**

Name: Malcolm Deandre Williams

Prisoner ID #: 1299024

Place of Detention: Granville Correctional Institution (HCON) P.O. Box 2500

Institutional Address: Butner

City: ~~P.O. Box 2500~~

State: North Carolina

Zip Code: 27509

III. **PRISONER STATUS**

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee ☐ State ☐ Federal
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: _____

Name: Sergeant Cooper (Black male)

Current Job Title: Sergeant of HCON

Current Work Address: 1001 veazey rd, Butner, North Carolina 27509-1649
City / State / Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

Defendant 2: Sergeant Mccalston
Name

Sergeant of HCON
Current Job Title

1001 veazey rd
Current Work Address

Butner | North Carolina | 27509-1649
City | State | Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

## Defendant(s) Continued

**Defendant 3:** Captain Smith
Name

Captain at Granville Correctional Institution
Current Job Title

1001 veazey road
Current Work Address

Butner         North Carolina         27509-1649
City                    State                         Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

**Defendant 4:** Lt. David Gillis
Name

Lt. on HCON
Current Job Title

1001 veazey road
Current Work Address

Butner         North Carolina         27509-1649
City                    State                         Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☑ Both

# IV. Defendants Information

**Defendant 5:** name **Officer Terry**, Current Job title **officer on HCON**.
Current Work address **1001 Veazey road** **Butner** **North Carolina** **27509-1649**
                                                      City           State           Zip code
Capacity in which being sued: ☒ Both

**Defendant 6:** name **Officer Bridges**, Current Job title **officer on HCON**.
Current work address **1001 Veazey road** **Butner** **North Carolina** **27509-1649**
                                                      City           State           Zipcode
Capacity in which being Sued: ☒ Both

**Defendant 7:** name **officer Stepton**, Current Job title **Officer on HCON**.
Current work address **1001 Veazey road** **Butner** **North Carolina** **27509-1649**
                                                      City           State           Zipcode
Capacity in which being sued: ☒ Both

**Defendant 8:** name **Sergeant Jefferson**, Current Job title **Sergeant on HCON**.
Current work address **1001 Veazey road** **Butner** **North Carolina** **27509-1649**
                                                      City           State           Zipcode
Capacity in which being sued: ☒ Both

**Defendant 9:** name **officer Street**, Current Job title **officer on HCON**.
Current work address **1001 Veazey road** **Butner** **North Carolina** **27509-1649**
                                                      City           State           Zipcode
Capacity in which being sued: ☒ Both

**Defendant 10:** name **Eldridge Walker**, Current Job title **HCON unit manager**.
Current work address **1001 Veazey road** **Butner** **North Carolina** **27509-1649**
                                                      City           State           Zipcode
Capacity in which being sued: ☒ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: HCON facility at Granville Correctional Institution Cell HSSC 102

Date(s) of occurrence: 9/14/25 at 5:45Am - 6:00Pm

State which of your federal constitutional or federal statutory rights have been violated:
Cruel and unusual punishment, Medical Malpractice

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> Who did what to you?

Captain Smith, Lt. Gillis, Sgt. Jefferson made the call on 9/14/25 at 5:45-5:50 Am to have me placed in full restraint. Officers Street and officer Holley administered the full restraints to my body, as seen on sally port camera (C2a) that day. Sgt. Cooper and Sgt. Mccalston were the day shift Sgt's who took over the situation from the night shift and are directly responsible for 90% of the situation. Officers Stepton, Terry, and Bridges were all the floor officers working that day and all had special knowledge of the cruel and unusual punishment taking place by Sgt's Cooper (Black male) and Sgt. Mccalston and ofc. Terry was the control booth operator. I was physically injured by being left in full restraints for 12 hours without my blood pressure medication, without assistance with my inhaler, without bathroom breaks, without liquids to combat fluid retention due to the tightness of the restraints which also causes dehydration, without restraint checks, without adequate medical assistance resulting in me fainting 3 times, 2 times I fainted was caught on camera in HSSC and HSSC 102 camera, the first faint they left me on the floor with no code blue, no medical assistance whatsoever, I came to, and administered bursts of my inhaler (I was able to because I was allowed freedom of my hands for 30 minutes to eat lunch); A code blue should've been called, a nurse should've been present to assess me and check my restraints and blood pressure, yet, I was left on the floor like trash unconcious without medical treatment while staff knew of this; Sgt. Mccalston was aware of my mental health issues as well due to past suicide attempts so staff never contacted mental health either, 2nd faint as seen on camera HSSC 102 (suicide cell) Sgt. Cooper, officers Stepton and Bridges finally responded close to 6:00pm to my limp body in full restraints on the floor, dragged me up and took me to finally see nurse Edwards, took staff 12 hours to finally allow me to see a nurse, she observed my wrists were swollen due to restraints being on for a long period, I was dehydrated due to fluid retention and I was totally incoherent. My blood pressure was checked and I was given multiple cups of water and nurse Edwards put in a note for me to see the doctor regarding my blood pressure as well. Sgt. Mccalston denied me medication/medical treatment, Sgt. Cooper denied me any type of assistance with restraint checks, bathroom breaks, inhaler assistance, etc. officers Stepton and Bridges did the same thing, the Sgt's denied me of as well.

| | |
|---|---|
| **What happened to you?** | I was placed in full restraints for 12 hours, a time frame inconsistent with policy (4 hours), without my blood pressure meds, assistance with my inhaler, assistance with the bathroom, without assistance with anything. I wasn't brought liquids, I didn't receive medical attention, I urinated on myself, I didn't have restraint checks resulting in very swollen wrists causing fluid retention, Sgt. McCalston was aware of my mental health issues due to a past suicide attempt and she co-signed the abuse still, I was basically left for dead, I fainted 3 times, 2 of the times were caught on camera. This was a very traumatizing event physically, psychologically. Staff knew of the cruel and unusual punishment taking place due to the cam being monitered and the cameras obviously worked, they are suicide cell cameras, they have to work. |
| **When did it happen to you?** | On September 14, 2025 from 5:30 Am – 6:00 PM. About the time 2nd shift was transferring over to 1st shift. 2nd shift administered the restraints, 1st shift did 90% of the damage. |
| **Where did it happen to you?** | On HCON Cell HSSC 102 (Suicide watch Cell in HSSC), at Granville Correctional Institution on 9/14/25 at 5:30 Am – 6:00 PM |

| What was your injury? | Swollen wrists due to cuffs being too tight for long periods of time, dehydration due to fluid retention due to cuffs being too tight, high blood pressure causing me to blackout and faint 2 times which was caught on camera in HSSC 102 (suicide cell) You can also see me around 6:00pm that day (9/14/25) walking with staff totally incoherent appearing to be drunk on the cameras also around the booth area and upper C hall. Came. Psychological injuries such as depression, bipolarness, in which I am diagnosed by a proffessional and I take meds for, suffering with major life activities such as: caring for oneself, walking, standing, lifting, bending, speaking, reading, concentrating, working, etc. I think this is all due to a mental health breakdown plus the dehydration / fluid retention which have affected the nerves in my body that communicate with my brain effecting my body, thats why im having trouble with my major life activities. Im also in a cell pretty much 24 hrs a day and im mental health Level 3 in the system (the highest you can go) Mental health staff already documented me from a suicide attempt by hanging 8/26/25 in which I was placed on suicide watch, I was also placed on suicide watch at Scotland CI before I came to HCON, and in my County Jail I was placed on suicide watch for about 5-6 times back to back. This situation really has advanced my mental illnesses and I am more Depressed/Bipolar than ever, plus the nerves are damaged effecting my major life activities. I've also been diagnosed with PTSD by mental health doctor hodges as well since this incident occured and it is documented. My spine also is damaged as well. |

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?  ☑ Yes  ☐ No
    If no, explain why not:

Is the grievance process completed?  ☑ Yes  ☐ No
    If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I want to be awarded $50,000 due to this situation. I want to be placed on ADA (Americans with Disabilities Act), I want to be placed in physical therapy as well. The money will be put towards things for my disabilities upon my release such as a walker, orthepedic shoes, bed, and tub. Handicap van with electronic ramp/lift, and a ramp to go up my stairs at my moms house and physical therapy sessions. I would also like the courts to shut HCON down due to its long history of abuse towards inmates. I also have to pay for mental health therapy.

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☒ Yes ☐ No

If yes, how many? __4__

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

1: Granville Correctional Institution, Cooper, mccalston, stepton, bridges, John doe, Tort Claim, TA-032850. 2: Granville Correctional Institution, MS. D. May, Pearl thorton, DR. Hodges and John doe, TA-033851. 3: Scotland Correctional Institution, officer everette and John doe, TA-032779. #1 nature: pain/suffering, Mental anguish, punitive damages, anxiety/panic attacks, Depression, near death experience, negligent Supervision, Gross negligence, abuse, non compliance, etc. #2 nature: attempted suicide, Great suffering of the mind, negligence, inhumane treatment, neglection of follow up therapy, pain/suffering, sleeplessness revulsion, etc. #3 nature: loss and destruction of personal property, setback financially, mental anguish, etc. all 3 cases are on going. #4 nature: Staff forges government documents TA032915 This case is on going as well. Negligent Infliction of Emotional Distress.

## IX. PLAINTIFF'S CERTIFICATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

12/1/25
Dated

[signature]
Plaintiff's Signature

Malcolm Deandre Williams
Printed Name

1299024
Prison Identification #

| 1001 Veazey Road | Butner | North Carolina | 27509 |
|---|---|---|---|
| Prison Address | City | State | Zip Code |